USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/1/09_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GILBERT O. CAMERON,

                   Plaintiff,           09 Civ. 00967(PKC)(DFE)

         - against-            (This is not an ECF case)

P.O. SIDNEY WISE, Shield # 2468, and    MEMORANDUM AND ORDER
THE STATE OF NEW YORK,

                  Defendants.
------------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

    My Memorandum and Order dated August 7, 2009 (and filed on
August 10) included the following:

        6.  By letter dated July 16, 2009, Ms. Nguyen
    set forth, to me and to plaintiff, her request that
    I issue an order staying this civil lawsuit until the
    resolution of the parallel state criminal proceeding
    which is still pending against Mr. Cameron.  Her
    letter quoted the case-law precedents supporting such
    an order.  During my August 7 telephone conference,
    Mr. Cameron opposed Ms. Nguyen's request, but I ruled
    that I would grant it.  I wish to clarify that Judge
    Castel is free to decide whether to rule on Ms. Reznik's
    June 12 motion to dismiss this case as to the State of
    New York.  **In all other respects, I hereby stay all
    proceedings in this civil lawsuit (09 Civ. 0967) until
    the resolution of the parallel state criminal proceeding
    which is pending against Mr. Cameron.**  During my August 7
    telephone conference, I advised Mr. Cameron that he can
    appeal my stay order to Judge Castel within 10 business
    days.  This means that Mr. Cameron must mail any such
    appeal no later than August 26, 2009, with a
    certification that he has mailed a copy to Ms. Nguyen,
    and a copy to Ms. Reznik, and a copy to me.  ....

    With a postmark of August 26, 2009, Mr. Cameron sent Judge
Castel a 3-page letter (I annex a copy, without its exhibits).  I
can see that Mr. Cameron intended this to be an appeal to Judge
Castel from my stay order.  However, instead of labeling his
letter as "APPEAL FROM THE STAY ORDER," Mr. Cameron mislabeled it
as "AMENDED COMPLAINT."  And instead of writing "Plaintiff

-1-

appeals from the stay order of Magistrate Judge Eaton," Mr.
Cameron began his letter by writing "A stay of the proceedings
should be deny, ...."  Not surprisingly, Judge Castel forwarded
the letter to me.  I have now relabeled it as "APPEAL FROM THE
STAY ORDER" and I am sending it back to Judge Castel.  (The
exhibits are still annexed to the original, but I am not
including the exhibits with the copy annexed to today's
Memorandum and Order.)

My August 7 Memorandum and Order, at ¶4, directed Mr.
Cameron to mail his proposed Amended Complaint to me, with a copy
to Ms. Nguyen, and a copy to Ms. Reznik.  With a postmark of
September 18, 2009, he mailed me his proposed Amended Complaint
(12 pages, plus exhibits).  He omitted the numbers of pages 1, 9,
10, 11 and 12, so I have filled those in.  At page 6, and again
at page 10, he reverted to the number 1 when numbering the
paragraphs; I have changed the numbers so that the paragraphs are
numbered from 1 through 31.

I am sending the original of this proposed Amended Complaint
to Judge Castel for the following reasons.  First, it seems
pertinent to plaintiff's appeal from my stay order.  Second, in
the Amended Complaint, the State of New York is no longer listed
as a defendant, and therefore Judge Castel may choose to dispose
of the pending dismissal motion by the State of New York (Docket
Item #8).  Third, Judge Castel may wish to rule on whether to
grant permission to file the Amended Complaint, and whether to
authorize plaintiff to enlist the Marshals Service to serve the
new defendants, even if Judge Castel decides that my stay order
should stay in effect in all other respects.  (I note that my
Memorandum and Order dated July 27, 2009, at ¶6, told Mr. Cameron
that his proposed Amended Complaint "must allege exactly what
each proposed defendant did wrong," and warned:  "An Amended
Complaint is a single document that entirely replaces any prior
complaint.")

I direct Ms. Nguyen to serve and file a Notice of Appearance
as attorney for P.O. Sidney Wise.

**I remind Mr. Cameron that he must send me a letter telling
me as soon as the parallel state criminal proceeding against him
has concluded at the trial court level.**

_____
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007

-2-

```
                              Telephone: (212) 805-6175
                              Fax: (212) 805-6181fax
```

Dated:    New York, New York
          September 30, 2009

Copies of (a) today's Memorandum and Order, and (b) Mr. Cameron's
letter to Judge Castel, relabeled "APPEAL FROM THE STAY ORDER"
(3 pages, minus exhibits) and (c) Mr. Cameron's proposed Amended
Complaint (12 pages, minus exhibits) will be sent by mail to:

Gilbert O. Cameron
#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
15-15 Hazen Street
East Elmhurst, NY 11370

Diep Nguyen, Esq.
City of New York Law Department
100 Church Street
New York, NY 10007

Inna Reznik, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271-0332

Pro Se Office
U.S. Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. P. Kevin Castel
U.S. District Judge
500 Pearl Street, Room 2260
New York, NY 10007

COPY MAILED / FAXED TO:

COUNSEL FOR PLTFF(S): _____ .
COUNSEL FOR DFT(S): __✓__
PLTFF PRO SE: __✓__
DFT. PRO SE: _____
DATE: 10/1/09
BY: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Postmarked*
*August 26, 2009*

GILBERT O. CAMERON,
                    Plaintiff,

         -against-

~~AMENDED~~
~~COMPLAINT~~

                                        under the

P.O. SIDNEY WISE, shield #2468,    Civil Rights Act, 42 U.S.C. § 1983
P.O. JASON KORPOLINSKI, tax #942787,    (Prisoner Complaint)
SGT. STEVEN CHANTEL, tax #925060,
NYC  POLICE DEPARTMENT,             Jury Trial: [X]Yes  [ ]No
ATT. ERIC SCOTT, ESQ.               Docket # 09 Civ. 00967(PKC)(DFE)
ADA  BRUCE BIRNS,
HON. JUDITH LIEB,                   APPEAL FROM THE STAY ORDER
HON. MIRIAM R. BEST,
A.G. ANDREW CUOMO,
                    Defendants.

## JURISDICTION AND VENUE

     This is a civil action authorized by 42 U.S.C. §§ 1983, 1985 and 1986 to redress the deprivation, under the color of State Law, of rights secured by the Constitution of the United States. This Court has Jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3) and Southern District of New York is appropiate. Injunctory relief authorized by 28 U.S.C. §§ 2283 and 2284 and Rule 65 of the Fed. Rule Civ. Pro. and Supplemental Jurisdiction under 28 U.S.C. § 1367,..

**Dear** Honorable Castel,

               A stay of the proceedings should be deny,whereas to the facts that the indictment is not a true bill as demonstrated in the Hon. Best's DECISION AND ORDER, Ind. #02443/08, dated June 22, 2009,; Hon. Lieb's bail application, Ind. #02443/08, and ADA Dawn Guglielmo's affirmation that also demonstrated that Court's appointed attorneys, Prosecutors and Court's conciously, knowingly and purposely conspired together to Obstruct Justice, whereas to completely denying and depriving GILBERT O. CAMERON, a United States citizen, of his Rights of Due Process and Equal Protection of the Law § : The Hon. Best and Lieb can not prove that the indictment is [a] true bill; nor could Hon. Best prove that her DECISION AND ORDER, Ind. #02443/08, dated June 22, 2009, was not [ based ] upon race, nor that she had conspired with the [ wrongs ] that has been unlawfully done to the Plaintiff GILBERT O. CAMERON,

— 1 —

Whereas the existence of absolutely [no] physical evidence to what was stated in the felony complaints of 6/12/08 and 6/17/08, that are contrayed and contradictive to what were stated in the bail application and decision and order of the Courts, see bail application pages 12, line 19 to 25 and page 14, line 8 to 25, which demonstrated that there were no  physical evidence to support what were stated in the felony complaints and page 13, 24 to 25, demonstrated that the complainant did not testify before the/or any of the Grand jury panels,..The hon.Best's DECISION AND ORDER, indictment #02443/08, dated June 22, 2009, of the motion to dismiss the indictment for deny of the right to testify,(CPL. 190.50),...Which also has demonstrated and that are contrayed to what is stated in the bail application of 10/6/08,..On June 12, 2008, defendant was arraigned on felony complaint (Docket No. 2008BX35877) charging him with Burglary in the second degree(PL § 140.25),..On June 18, 2008, defendant was arraigned on a felony complaint (Docket No. 2008BX37051) charging him with tampering with witness in the third degree(PL § 215.05[1]),...On June 20, 2008 Docket No. 2008BX37051 was calendared in Part DV.,...**On June 25, 2008, the [ alleged ] voting of the alleged indictment, that only docket No. 2008BX37051 was calendared in Part A,**...And therefor docket No. 2008BX35-877 was not docketed at the alleged voting of the indictment, and therefor only the tampering with a witness charge were presented to the alleged Grand Jury, whereas demonstrated in the enclosed ( **Court Case Data Entry (CC), dated 08 AUG-08 03:09 ), which has indicated that the defendant GILBERT O. CAMERON, was [ only ] allegedly indicted on PL § 215.11, Tampering w/witness 3, severity: FE {Docket #: 2008BX37051 Indictment #: 02443/2008, Total Open Cases: 1,**...also see bail application of 10/6/08, page 14, line 8 to 25, which indicated that there no such message as stated in the felony complaint of 6/17/08, and therefor it is totally impossible for Hon. Best's inspection of the Grand Jury minutes to be

-2-

correct and in favor of the prosecution,..Whereas demonstration shows
clearly that the Plaintiff GILBERT O. CAMERON, has been held un**lawfully**,.
**And Ther**efor a stay should be deny and Federal should intervene on State,
whereas demonstrated extreme and cruel prosecution towards a man of
color who wants and demands some Rights towards his daughter Arianna,
mother Pickersgill and father without doubt GILBERT O. CAMERON, a United
States citizen,...The Federal Court, NYC Law Department and the Attorney
General has access to court records and the Human resource to know that
there were no DNA to show that Pickersgill is not **telling the truth**,..
**Therefore The Plaintiff respectfully request that a stay should be deny**
**and Federal intervene Whereas plaintiff has been unlawfully detained for**
**14 months on State's forged instrument (indictment) as demonstrated in**
**the above said and annexed exhibits** (Hon. Best's DECISIONS AND ORDERS OF
6/22/09; Court Case Data Entry (CC), dated 08-AUG-08 03:09 and affirmation
of ADA Dawn Guglielmo ),..All the above said demonstrated show clearly
**Plaintiff's Constitutional Rights violations**, Const.Amends VI and XIV,..
Dated: 22 August 2009,.

Respectfully Submitted,

CC:
Diep Nguyen, Esq.
City of New York Law Department
100 Church Street
New York, NY 10007

GILBERT O. CAMERON, Pro-se:.
241 08 08 740
15-15 Hazen Street
East Elmhurst, NY 11370.

Inna Reznik, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271-0332

Pro Se Office
U.S. Courthouse

—3—



Postmarked
Sept. 18, 2009

SEP 2 3 2009

CHAMBE...
DOUGLAS ...
U.S....

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERT O. CAMERON,
                    Plaintiff,

            -against-

P.O. SIDNEY WISE, shield #2468,
P.O. JASON KORPOLINSKI, tax #942787,
SGT. STEVEN CHANTEL, tax #925060,
NYC  POLICE DEPARTMENT,
ATT. ERIC SCOTT, ESQ.
ADA  BRUCE BIRNS,
HON. JUDITH LIEB,
HON. MIRIAM R. BEST,
A.G. ANDREW CUOMO,
                    Defendants.

PROPOSED AMENDED
          COMPLAINT

            under the
Civil Rights Act, 42 U.S.C. § 1983
    (Prisoner Complaint)

Jury Trial: [X]Yes  []No

Docket # 09 Civ. 00967(PKC)(DFE)

## JURISDICTION AND VENUE

This is a civil action authorized by 42 U.S.C. §§ 1983, 1985 and 1986 to redress the deprivation, under the color of State Law, of rights secured by the Constitution of the United States. This Court has Jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3) and Southern District of New York is appropiate. Injunctory relief authorized by 28 U.S.C. §§ 2283 and 2284 and Rule 65 of the Fed. Rule Civ. Pro. and Supplemental Jurisdiction under 28 U.S.C. § 1367,..

## Statement of Facts Claims

1. I, Gilbert O. Cameron, declare under the penalty of perjury, that the foregoing is true and correct.

2. The defendants in the above caption independently and/or collectively conspired to purposely "Obstruct Justice" whereas to "completely denying and depriving the Plaintiff GILBERT O. CAMERON, his Due Process and Equal Protection of the Law §,...Whereas violating 42 U.S.C. §§ 1983, 1985(2)(3) and 1986: having knowledge of the wrongs and refused to prevent or aid in preventing the wrongs that is being done to the Plaintiff GILBERT O. CAMERON, a United States Citizen,... Instead Courts "conspired" with the "unlawful enslavement" and "wrongs" **that is being done to the Plaintiff,.**

3. The Courts and Prosecutors "conspired" with the "wrongs" against Cameron, due to the color of his "skin" and not because of the evidence before the Courts, whereas there exist "absolutely [no] physical evidence :

-1-

4. On 6/17/08, round about 4:05 Pm, at the 47 precinct, Cameron was attempting to retrieve his cellphone and $400 dollars,..while talking to P.O. Jason **Korpolinski**, about cellphone and money,..The P.O. Sidney Wise, who was not wearing his shield, approached Cameron and stated **"what the fuck are you doing here"**, Cameron ignored him,.. **He then got on his cellphone,** called Pickersgill and began **coercing** her into fabricating the false tampering with a witness charges of 6/17/08,..At which time Cameron realized what P.O. Wise was up to, and exited from the precinct,..P.O. Wise then followed Cameron outside the precinct, stopped, searched and relieved Cameron of $200 dollars that Cameron had in his back pocket, escorted Cameron back into the precinct and called P.O. Korpolinski over to arrest Cameron,...Cameron did not received "any" voucher for the $200 dollars that P.O. Wise took,...

5. It is **"totally against the Constitution"** for P.O. Wise to have "robbed **Cameron of $200 dollars,** coerced Pickersgill into fabricating and **making a false report,** which caused the absences of the "sprint report" and the alleged message Cameron alleged left on Pickersgill's answering machine, as stated in the felony complaint of 6/17/08,... P.O. Wise also manipulated P.O. **Korpolinski into making an unlawful** arrest of Cameron, whereas absence the sprint report and the alleged message left on Pickersgill's answering machine,..

6. **The Court's appointed** attorneys Virginia Cora Gabriel and Eric Scott, who **"conciously, knowingly, purposely** and **vindictively waived** Cameron's Statutory Rights to testify before the Grand Jury,...Whereas on 6/25/08, the substitute **Court's** appointed attorney/psychiatric Eric Scott, **"conciously, knowingly, vindictively, without Cameron's consent,** against Cameron's pleadings to testify before the Grand Jury,..**The** attorney/psychiatric vindictively **waived** Cameron's rights to testify

**before the Grand Jury** and requested a 730 evaluation upon the Plaintiff Cameron, without **"any type of reasons"**,...The Court's appointed attorney Eric Scott, **"completely violated"** Cameron's New York and Federal Constitution Amendments Rights of **"Due Process and Equal Protection of the Law §, Const.Amends. VI** and **XIV,**..Whereas Scott's demonstration shows that his presentation were on behalf of the prosecutions, and not on the behalf of the Plaintiff Cameron,.. Whereas Cameron were before the Courts without **"any"** **counsel** representing him,.see (( Court's transcripts of 6/25/08; 5/29/09) and also see (( Reply Affidavit in Support of the Motion to Dismiss (CPL § 190.50)-,. Whereas Cameron's demonstration showed that Cameron has **potent and relevant "testimony" to give at the Grand Jury, that is both "explanitory and exculpatory"** whereas **to the paternity proceedings in Bronx Family Court pertinent to the babygirl Arianna, mother Pickersgill and father Gilbert O. Cameron,** who is demanding a paternity proceeding of the babygirl Arianna,..

7. <u>Courts **"must"** please bare-in-mind that Pickersgill is diagnose with Bi-Polar</u>: Pickersgill and Cameron had **"unprotected sex"** dating from the beginning of **July 2004, to the ending of July 2004,** ·· ··· **Pickersgill was the one who "insisted" that we have sex without the** <u>condoms</u>, and as a result Pickersgill got pregnant and kept the pregnancy secret,...Pickersgill admitted that the babygirl Arianna is Cameron's daughter, and Arianna also recognizes Cameron as her real father,...The babygirl Arianna is **"without doubt"** Cameron's daughter,.. Courts **[was]** immoral and unfair to deny and deprive Cameron of the paternity proceedings, that were before the Bx Family Court, before the false allegations and arrests of Pickersgill, Wise, Korpolinski and the State of New York,...to deny Cameron the paternity proceedings is to deny Cameron his **"Due Process and Equal Protection of the Law §",**

as accordance to the United States Constitution Amendment, Const.
Amend.XIV,...

   8. There is **"absolutely no physical evidence"**, the complainant
Pickersgill has **"completely refused to testify before [any] Grand Jury"**,
for fear of committing the [unlawful act of perjury], pertinent to Bx
Family Court's paternity proceedings of the babygirl Arianna, see
( Family court file #87522, Docket # P-18776-08, dates 5/28/08, part
20- #14; 7/28/08, part 23; 1/23/09, part 21; 4/7/09, part 21 and the
upcoming date of 7/14/09, part 21-before Hon. Alicea Elloras, support
Magistrate,...Pickersgill has already dodged all of the past appoint-
ments,..),...The Courts **"racially and biasly"** setted **bail at a ransom
high $75,000 dollars to ensure slavery** upon the Plaintiff **Gilbert O.
Cameron**, and regardless of Cameron's pleading request to the ( SDNY to
intervene, whereas Cameron has been denied and deprived of his Const.
Amends. VI and XIV,...see ( stamped SDNY Pro-Se Office, 2008 Jul 16
and Received Jul 23 2008 Pro-Se office- enclosed,...),...

   9. Prosecutors and Courts **"concious and knowingly conspired"** with
Pickersgill, P.O. Wise and Korpolinski's **"evil and immoral acts"** to
keep Cameron from attending to the Family Court's proceedings and
obtaining some **"human and father rights"** towards his daughter Arianna,..
Cameron was kept in "complete bondage" during the family court's
proceedings of 7/28/08, and the criminal court's Grand Jury Proceedings,
to ensure "slavery",...ADA Birns **"completely violated"** Constitution
Law § 268(9) and Criminal Law § 706(2), 1171.1(1) and Hon. Lieb and
Hon. Best conspired with the acts,...Whereas demonstrated Court's
**"malfunctioning"**, whereas violating 42 U.S.C. §§ 1985(2)(3) and 1986-
Courts knew of the **"wrongs"**, knows the Law §, has the power to prevent
the wrongs or aid in preventing the wrongful enslavement of Cameron

and instead Courts "conspired with the wrongs, see (Bail application of 10/6/08, Ind. #2443/08, pages 12, line 19 to 25; page 13, line 24 to 25 and page 14, line 1 to 25),..The Plaintiff has been unlawfully arrested and imprisonment since 6/17/08, and even after the one year, one month and 15 courts appearances, the complainant Pickersgill has not testify before [any] Grand Jury,.The existence of absolutely [no] physical evidence in the case, and Court's **Oppressions** of **Deceptions** by ways of **Trickeries** towards **modern-days-Slavery,** setted bail at [a] ransom high $75,000 dollars bond,..Whereas ensuring slavery upon the Plaintiff, who is attempting to have some parental rights to his daughter Arianna,...Courts know the Law §, knew of the insufficiencies of the evidence, knew that the complainant did not testify before the Grand Jury, and instead of preventing further **wrongs that is being done** to Plaintiff,...**Courts conspired with the wrongful acts** that **prejudice the rights** of Plaintiff, **w**hereas violating **42 U.S.C. §§ 1983, 1985(2)(3)** and **1986,**.Const.Amends XIV.

10. The attorney Scott and ADA Guglielmo **conciously, knowingly, deliberately, intentionally** and **maliciously conspired** together **whereas violating** Plaintiff's **Constitution** and **Federally Protected Rights of Due Process** and **Equal Protection of the Law §,** under **42 U.S.C. §§ 1983, 1985(2)(3)** and **1986,** Const.Amends. VI and XIV,..see (enclosed affirmation of Dawn E. Guglielmo, dated 6/5/2009),.On 6/25/08, Guglielmo could not make CPL. 180.80, whereas absence the complainant's testimony, Plaintiff did not need any type of mental examination, and Scott was wrong for unlawfully waiving Plaintiff's rights and rquesting 730.30 evaluation,. The Attorneys, Prosecutors and Court's demonstrations shows,...that Court's **Oppressions of Deceptions by ways of Trickeries would actually**

-5-

never end,. Regardless that we now have a black President,...These

dark skin stigmas of courts must be obsolete from our courts system in

order for black and white to function properly in these day in society,..

## The Thickness of Plaintiff's Conspiracy Claims under 42 U.S.C. §§

## 1985 (2)(3) that is related to the Claims under 1986:

1. The defendants violated Plaintiff's clearly established

constitutional and statutory rights of which a reasonable person would

have known 42 USC §§ 1983, 1985(2)(3) and 1986,..

2. The defendants violated Plaintiff's clearly established

constitutional and statutory rights in their individual and official

capacities and are not protected by qualified immunity, 42 USC §§

1983, 1985(2)(3) and 1986, Const.Amends VI and XIV,.

3. Whether the defendants squad commander or defendants Wise and

Korpolinski were authorized in their sole discretion to deliberately,

intentionly, maliciously fabricate and filed false police report

statement against Plaintiff resulted in false arrest and false

imprisonment, 42 USC § 1983, 1985(2)(3) and 1986, of US Const.Amends

VI and XIV,.

4. Whether the defendants squad commander or defendants Wise and

Korpolinski, were authorized in their sole discretion to file such

false police report to maliciously prosecute Plaintiff or the district

attorney assigned to the case in violation of Plaintiff clearly

established constitutional and statutory rights under 42 USC §§ 1983,

1985(2)(3) and 1986, and are not entitled to qualified immunity,.

5. The defendant ADA Birns failed in his administrative duty to

properly investigate the action of the defendant police officer and

is not entitled to qualified immunity, whereas the absence of the

alleged message the Plaintiff alleged left on the complainant answering

-6-

machine, as stated in the felony complaint of 6/17/08,..Whereas are totally lies,..

6. The courts without doubt prejudice the rights of the Plaintiff, due to the color of skin, whereas the absence of any physical evidence, absence of the complainant's testimony before any Grand Jury, and courts racially setted bail at a ransom high $75,000,..

7. The court's appointed attorney Alix Duroseau, present is on behalf of the prosecutor, and not on the behalf of the Plaintiff GILBERT O. CAMERON, whereas the attorney repeatedly refused to file the speedy-trial motion CPL. 30.30, whereas on 6/12/09, courts appearance, forcing the Plaintiff to demanded a trial by Judge and courts adjourned til 6/23/09,..

8. On 6/23/09, Cameron not presented in court and on the telephone the next day the attorney Duroseau had informed the Plaintiff Cameron, that the Courts had denied the motion CPL. 190.50, and that the inspection of the Grand Jury minutes decision were in favor of the prosecutor regardless that the complainant Pickersgill did not testify before any Grand Jury, and that the next courts appearance will be on 7/10/09, and that he will be going on vacation,.

9. The court's appointed attorney Alix Duroseau, has completely refused to challenge bias decisions pertinent to the motions ( CPL. § 190.50 and Inspection of the Grand Jury minutes ),.Whereas the plaintiff's repeatedly pleadings with the attorney to file a article 78, to compel the courts to act as accordance to Law §, and the attorney has completely refused to do so, whereas the attorney has demonstrated "misrepresentation" against there client, because of his indigent status,..

-7-

20. <u>Issues pertinent to extreme conspiracy involve:</u> Whereas
demonstrated in the bail application of 10/6/08, whereas prosecutors
neglects and failure to properly investigate issues that contraying,
contradictive and unsupportive of their allegations,...Whereas stated
in the felony complaints,...The complaint of 6/11/08, stated that
"Deponent further states that defendant struck deponent with closed
fists numerous times about the face and head" , see ( bail application
page 12, lines 19 to 25 ),..The complaint of 6/17/08, which stated,
"Deponent further states that after she hung up, defendant continued
to call her and left additional messages on her answering machine,
stating, in sum and substance, WATCH YOUR BACK. YOU THINK THIS IS
OVER? I CAN'T WAIT UNTIL SOMETHING HAPPENS TO YOU.I'M GOING TO KILL
YOU AND YOUR KIDS. JUST GIVE ME WHAT I WANT.", see ( page 14, lines
8 to 25 ),...Whereas it is [totally impossible] for the ADA Dawn E.
Guglielmo, to had presented any type of sufficient and physical
evidence to the Grand Jury , and therefor the evidence before the
Grand Jury were either insufficient and/or false evidence, whereas
the Plaintiff GILBERT O. CAMERON, has [never in life, nor would ever
said anything like what is stated in the complaint, ever,.],.
Courts and Prosecutor "must" produce the alleged message left on
Pickersgill's answering machine, which is [ totally impossible ],...

21. The Hon. Best's bias and racially motivated decision of the
inspection of the Grand Jury minutes, dated  June 22, 2009,(enclosed)
whereas court stated that "the proceedings were procedurally correct:
the minutes reveal that a quorum of the grand jurors was present
during the presentation of evidence; there is no evidence that the
People summarized the testimony of any witness before the grand jury;

-8-

that there were any unauthorized persons in the grand jury; or that

the indictment was modified before or after the indictment was voted.

Moreover, there is no evidence of prosecutorial misconduct or

unauthorized persons in the grand jury; there is no evidence that the

People failed to present exculpatory evidence and the prosecutor's

legal instructions "were adequate and contained no defects rising to

the level of impairing the integrity of the proceeding, as would be

required for dismissal.",...the above mentioned decision of Hon. Best,

are [totally incorrect], whereas there exist, no such message left on

Pickersgill's answering machine, no medical report or pictures showing

Pickersgill's face and head, as stated in the felony complaint of

June 17, 2008, and most of all [ no testimony from the complainant

before any grand jury's panels ], whereas Courts and Prosecutors

completely denied and deprived the Plaintiff GILBERT O. CAMERON, a

U.S. Citizen, his **Due Process and Equal Protection of the Law** §§,

whereas completely violating **42 U.S.C. §§ 1983, 1985(2)(3) and 1986:**

whereas Hon. Best know the Law, knew of the wrongs, has the power to

prevent and/or aid in preventing further wrongs,...but instead, Hon.

Best **conspired with the wrongs,**...see ( enclosed bail application of

10/6/08, pages 12, line 19 to 23; page 13 line 24 to 25 and page 14,

line 8 to 25 ), also see( enclosed DECISION AND ORDER, Ind. #02443/08,

motion to inspect the Grand Jury minutes, and AFFIRMATION of Dawn E.

Guglielmo, who presented false/imsufficient evidence to Grand Jury,.).

I, GILBERT O. CAMERON, declare under the penalty of

perjury that foregoing said is true and correct,.

Respectfully yours,

GILBERT O. CAMERON, Pro-Se:.

-9-

<u>The Damage that the Plaintiff is Requesting:</u>

22.€. That Pickersgill be present before the Bronx Family Courts and [a] paternity proceeding be given of the babygirl Arianna and the last-name be [change] to Cameron,...Whereas the Bx Family Court's appearance of 7/28/08, part 23, whereas were manipulated by the defendants,.

23.€. $10 million dollars or $400 dollars perday dating from the beginning of 6/17/08, to when ever the Plaintiff Gilbert O. Cameron, is release from this unlawful arrest/enslávement, caused by P.O. Wise's [attraction] towards Pickersgill, who is diagnose with Bi-Polar,...

24€. $2million dollars or $300 dollars perday dating from the beginning of 6/17/08, to when ever the Plaintiff GILBERT O. CAMERON, is release from this unlawful arrest/enslavement of P.O. Jason Korpolinski, who were manipulated into making [an] unlawful arrest,..

25€. $600.00.on dollars perday dating from the beginning of 6/17/08 to when ever the Plaintiff GILBERT O. CAMERON, is release from this unlawful arrest/enslavement, caused by Sgt. Chantel's officers,..

26€. $3 million dollars or $400 dollars perday dating from the beginning of 6/17/08, to when ever the Plaintiff is release from this unlawful arrest/enslavement, caused by the Police Officers of New York City Police Department,.

27€. $3 million dollars or $400 dollars perday dating from the beginning of 6/17/08, to when ever the Plaintiff is release from this unlawful arrest/enslavement, whereas the attorney/psychiatric Eric Scott, conciously, knowingly and vindictively waived the Plaintiff's Statutory Rights to testify before the Grand Jury, whereas demonstrated that the attorney present were on [behalf] of the prosecution and not on the behalf of the Plaintiff Gilbert O. Cameron, whereas demonstration showed that Cameron was without [any] counsel, whereas violation of Cameron's Federally protected rights, Constitution Amendments VI and XIV,.

28#. $5 million dollars or $500 dollars perday dating from the beginning of 6/17/08, to when ever Cameron is release from this unlawful arrest/enslavement,.Where ADA Birns and other prosecutors presented false evidence [to] Grand Jury or/and created [a] "no true bill" whereas "unlawfully enslaving Cameron" without [any physical evidence], violating Constitution Law § 268(9) and Criminal Law § 706(2), 1171.1(1).

29#. $20 million dollars or $1000 dollars perday dating from the beginning of 6/17/08, to when ever Cameron is release from this unlawful enslavement, Whereas Hon. Lieb [knows] the Law §, [knew] of the wrongful acts that is being done to Cameron,...Hon. Lieb has the "power" to prevent or/and aid in preventing further "wrongs",[and] instead Hon. Lieb "conspired" with the wrongs that is being done to Cameron, whereas violating Cameron's federally protected rights, 42 USC §§ 1985(2)(3) and 1986,..Const.Amends VI and XIV,..

30#. $20 million dollars or $1000 dollars perday dating from the beginning of 6/17/08, to when ever Cameron is release from this unlawful imprisonment, whereas Hon. Best neglected in her duties to prevent or aid in preventing the wrongs that is being done,...Whereas knowing that Complainant did not testify before any Grand Jury, and gave a bias and racial decision towards the motion of inspection of the Grand Jury minutes, dated June 22, 2009, and knowing of the attorney's unlawful waiver of Plaintiff's statutory rights to had testified before the Grand Jury, whereas, attorney betrayed/conspired against Plaintiff, whereas violating Plaintiff's clearly established federally protected constitutional and statutory rights, Const.Amends VI and XIV,...
All the defendants independently and/or collectively conspired together, to purposely obstruct justice, whereas acts hindered Plaintiff's unsuccessful efforts to seek relief from the unlawful arrest and imprisonment that denied and deprived plaintiff of his Due Process

-//-

en

and **Equal Protection of the Law,** Const.Amends VI and XIV,..

31 32. All the above mentioned defendants caused the default of Cameron and Son Construction Company, a company that was [once] again on the arising; the lost of time between a father and his babygirl, at such time is so so crucial and priceless and again putting distant and time between father and daughters, which caused severe pain and mental anguish,..And therefor the Plaintiff GILBERT O. CAMERON, a United States Citizen, is respectfully requesting $75 million dollars in damages for the unlawful arrest, unlawful imprisonment and for the wrongs that all of the defendants has **conspired against the Plaintiff,** due to the color of skin and indigent status, in which violated the Plaintiff's **Due Process** and **Equal Protection of the Law,**...The Plaintiff GILBERT O. CAMERON, prays that Justice be serve,.

Dated: July 22, 2009,.

> I, GILBERT O. CAMERON, declare under the penalty of
> perjury that the foregoing said is true and correct,.

CC:

United States Attorney General,

New York Law Department

New State Attorney General Andrew Cuomo,

Secretary of State, Ms. Hillary R. Clinton,.

The President of the United States Barack Obama,

1600 Pennsylvania Ave., N.W.

Washington D.C. 20500

Respectfully Submitted,

GILBERT O. CAMERON, Pro-Se:.